# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:25−cv−02709−NEB−EMB

| | |
|---|---|
| Barakat v. Meta Platforms, Inc. et al | Date Filed: 06/27/2025 |
| Assigned to: Judge Nancy E. Brasel | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Elsa M. Bullard | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity−Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Adam Barakat**  represented by  **Charles H Johnson**
Law Offices of Charles H Johnson, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: bdehkes@charleshjohnsonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Meta Platforms, Inc.**
*formerly known as*
Facebook, Inc.

**Defendant**

**Instagram, LLC**

**Defendant**

**Facebook Operations, LLC**

**Defendant**

**Facebook Payments, Inc.**

**Defendant**

**Siculus, Inc.**

**Defendant**

**Snap, Inc.**

**Defendant**

**ByteDance, Ltd**

**Defendant**

**ByteDance, Inc**

**Defendant**

**TikTok, Ltd.**

**Defendant**

**TikTok, LLC.**

**Defendant**

**TikTok, Inc.**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2025 | Ï 1 | COMPLAINT against All Defendants (filing fee $ 405, receipt number AMNDC−11983811) filed by Adam Barakat. Filer requests summons issued. (Attachments: # 1 Civil Cover Sheet) (Johnson, Charles) Modified text on 6/27/2025 (MMP). (Entered: 06/27/2025) |
| 06/30/2025 | Ï 2 | (Text−Only) CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Nancy E. Brasel per 3rd/4th Master list, referred to Magistrate Judge Douglas L. Micko. Please use case number 25−cv−2709 NEB/DLM.<br><br>**Notice: All Nongovernmental Corporate Parties must file a Rule 7.1 Corporate Disclosure Statement.**<br><br>(MMG) (Entered: 06/30/2025) |
| 06/30/2025 | Ï 3 | Summons Issued as to ByteDance, Inc, ByteDance, Ltd, Facebook Operations, LLC, Facebook Payments, Inc., Instagram, LLC, Meta Platforms, Inc., Siculus, Inc., Snap, Inc., TikTok, LLC., TikTok, Ltd.. (MMG) (Entered: 06/30/2025) |
| 06/30/2025 | Ï 4 | Summons Issued as to TikTok, Inc.. (MMG) (Entered: 06/30/2025) |
| 06/30/2025 | Ï 5 | Clerk's Notice to JPML regarding case potentially related to MDL #3047 re: 1 Complaint. (MMG) (Entered: 06/30/2025) |
| 07/02/2025 | Ï 6 | ORDER OF RECUSAL. Magistrate Judge Douglas L. Micko recused. Case reassigned to Magistrate Judge Elsa M. Bullard for all further proceedings. **NOTE:** the new case number is **25−cv−2709 NEB/EMB**. Please use this case number for all subsequent pleadings. Signed by Magistrate Judge Douglas L. Micko on 7/2/2025.(MMG) (Entered: 07/02/2025) |
| 07/28/2025 | Ï 7 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−47) transferring case to the Northern District of California per the MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Yvonne Gonzalez Rogers.(CLK) (Entered: 07/28/2025) |